# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL DUANE ERIE,<br><br>               Plaintiff,<br><br>   v.<br><br>DON HOLBROOK, DR. EDWARD, ARPN SILVER, DR. SAWYER and DR. SMITH,<br><br>               Defendants. | NO: 4:15-CV-5071-TOR<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS, DISMISSING COMPLAINT, AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff's Motion to Voluntarily Dismiss pursuant to Rule 41 (a), Federal Rules of Civil Procedure (ECF No. 8). Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis;* Defendants have not been served.

Accordingly, **IT IS ORDERED** Plaintiff's Motion to Voluntarily Dismiss (ECF No. 8) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a) and the filed Complaint (ECF No. 6) is **DISMISSED WITHOUT PREJUDICE.** For good cause shown, **IT IS FURTHER ORDERED** that Plaintiff's Motion to waive

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS COMPLAINT--1

1  collection of the filing fee (ECF No. 9) is **GRANTED** and the institution having

2  custody of Mr. Erie shall cease collection of the filing fee in this action, cause

3  number **2:15-CV-05071-TOR.**

4       **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

5  Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff

6  and close the file.  The District Court Executive is further directed to send a copy

7  of this Order to the Office of the **Department of Corrections, Attn: LFO/COS**

8  **UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate

9  agency having custody of Plaintiff.  The District Court Executive shall also provide

10 a copy of this Order to the Financial Administrator for the United States District

11 Court, Eastern District of Washington.

12       **DATED** September 24, 2015.



13
14                    THOMAS O. RICE
                   United States District Judge

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS COMPLAINT--2